UNITED STATES COURT OF INTERNATIONAL TRADE         FORM  1

| | |
|---|---|
| Posco International America Corp.<br><br>                               Plaintiff,<br><br>   v.<br><br>  United States,<br>                                        Defendant. | **S U M M O N S**<br><br>Court No. 24-00035 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | |
|---|---|
| Port(s) of Entry:   See schedule attached | Center (if known):  CEE003 |
| Protest Number:  See schedule attached | Date Protest Filed:   See schedule attached |
| Importer:  Posco International America Corp. | Date Protest Denied:   See schedule attached |
| Category of Merchandise:   hot-rolled steel flat products | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | See schedule attached | | | |
| | | | | | |
| | | | | | |

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
599 Lexington Avenue, 36th Floor
New York, New York 10022
JSpraragen@GDLSK.COM
(212) 557-4000

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Hot-rolled steel flat products | KR7208.39.00 | Free<br>11.1% (ADD)<br>0.54% (CVD) | KR7208.39.00 | Free |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: Whether the entries were deemed liquidated on July 4, 2022 |

| |
|---|
| The issue which was common to all such denied protests: whether CBP's posting of notices of deemed liquidation and assessment of antidumping and countervailing duties was contrary to law |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Joseph M. Spraragen
―――――――――――――――――――
*Signature of Plaintiff's Attorney*

February 7, 2024
―――――――――――――――――――
*Date*

## SCHEDULE OF PROTESTS

CEE003
Center (if known)

| ENTRY NUMBER | PROT NUMBER | DATE PROTEST FILED | DATE PROTEST DENIED | ENTRY NUMBER | ENTRY DATE | PURPORTED LIQ DATE | PORT CODE |
|---|---|---|---|---|---|---|---|
| DQ702347161 | 2909-23-100001 | 07/26/2023 | 08/22/2023 | DQ702347161 | 01/30/2020 | 07/04/2022 | 2909 |
| DQ702377606 | 2909-23-100002 | 07/31/2023 | 08/22/2023 | DQ702377606 | 06/08/2020 | 07/04/2022 | 5301 |
| DQ702369314 | 2909-23-100002 | 07/31/2023 | 08/22/2023 | DQ702369314 | 05/05/2020 | 07/04/2022 | 2704 |
| DQ702368159 | 2909-23-100002 | 07/31/2023 | 08/22/2023 | DQ702368159 | 04/29/2020 | 07/04/2022 | 2909 |
| DQ702356790 | 2909-23-100002 | 07/31/2023 | 08/22/2023 | DQ702356790 | 03/13/2020 | 07/04/2022 | 2909 |
| DQ702356782 | 2909-23-100002 | 07/31/2023 | 08/22/2023 | DQ702356782 | 03/13/2020 | 07/04/2022 | 2909 |
| DQ702351932 | 2909-23-100002 | 07/31/2023 | 08/22/2023 | DQ702351932 | 02/21/2020 | 07/04/2022 | 2909 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)