Form 7-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 7

| Posco International America Corp., | |
|---|---|
| Plaintiff, | Court No.  24-00035 |
| v. | |
| United States, | |
| Defendant. | |

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: February 12, 2026

/s/ Joseph M. Spraragen
**Signature of Plaintiff's Attorney**

Joseph M. Spraragen
**Attorney for Plaintiff**

Grunfeld, Desiderio, et al. LLP
**Firm**

599 Lexington Ave., FL 36
**Street Address**

New York, NY  10022
**City, State and Zip Code**

212-557-4000
**Telephone Number**

jspraragen@gdlsk.com
**E-mail Address**

Form 7-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 24-00035 | Posco International America Corp. | 2909-23-100001<br>2909-23-100002<br>2909-23-100002<br>2909-23-100002<br>2909-23-100002<br>2909-23-100002<br>2909-23-100002 | DQ702347161<br>DQ702377606<br>DQ702369314<br>DQ702368159<br>DQ702356790<br>DQ702356782<br>DQ702351932 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: February 12, 2026

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)